IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WINSTON OATSVALL
REG. #22967-009                                                                                                    PETITIONER

V.                                              2:05CV00078 JTR

LINDA SANDERS, Warden, FCI Forrest City                                              RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that:

(1)     Petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is GRANTED; and

(2)     Respondent is directed to:  (a) consider, within fourteen days and in good faith, transferring Petitioner to a CCC for the remainder of his sentence in accordance with the factors taken into account by the BOP prior to its adoption of the December 2002 Policy and the February 2005 Rule; and (b) place Petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months.

DATED this 16th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE